**Petition for Writ of Mandamus Denied and Majority and Dissenting Memorandum Opinions filed April 18, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00797-CV

---

### IN RE DENA HALL AND DE'VON BANKETT, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 5**
**Fort Bend County, Texas**
**Trial Court Cause No. 21-CCV-069075**

---

## MAJORITY MEMORANDUM OPINION

On October 31, 2022, relators Dena Hall and De'Von Bankett filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Teana V. Watson, presiding judge of the County Court at Law No. 5 of Fort Bend County, to vacate the July 16, 2021 judgment and orders lifting the stay on the issuance and execution of writs of possession.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson (Spain, J., dissenting).